**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 97-6568**

―――――――――――

RICHARD WADE KENDRICK,

Plaintiff - Appellant,

versus

RON ANGELONE; STAFF DEFENDANTS,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-97-243-R)

―――――――――――

Submitted:  August 28, 1997      Decided:  September 17, 1997

―――――――――――

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Richard Wade Kendrick, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny Appellant's motion for injunctive relief and dismiss the appeal on the reasoning of the district court. Kendrick v. Angelone, No. CA-97-243-R (W.D. Va. Apr. 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2